UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STEPHANIE H. McADAMS AND GORDON McADAMS                     PLAINTIFFS

V.                                                     CIVIL ACTION NO. 1:06cv463-LTS-RHW

USAA CASUALTY INSURANCE COMPANY                             DEFENDANTS
AND BANCCORPSOUTH BANK

## ORDER

After a thorough review of the record, and under the standards of Fed. R. Civ. P. 56, it can not be said at this stage of the proceedings that there are no genuine issues of material fact and that Defendant USAA Casualty Insurance Company is entitled to judgment as a matter of law. Therefore, said Defendant's [45] Motion for Summary Judgment or, Alternatively, Partial Summary Judgment, is not well taken.

Accordingly, **IT IS ORDERED**:

Defendant USAA Casualty Insurance Company's [45] Motion for Summary Judgment or, Alternatively, Partial Summary Judgment, is **DENIED**.

**SO ORDERED** this the 10th day of September, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE